*E-FILED - 8/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID LITMON, JR., | ) | No. C 05-4000 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| EDWARD FLORES, et al., | ) | |
| Respondent. | ) | |

This petition has been dismissed without prejudice. A judgment of dismissal without prejudice is entered in favor of respondent. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/8/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge